UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

v.                                                Criminal No. 21-mj-30407

DAESHA WN TAMAR POSEY (D-1 ),
CHAZ DUANE SHIELDS (D-2),
CORT EY SHAQUAN SHIELDS (D-3), and
BRITTANY LEVETT WITHERSPOON (D-4),,

      Defendants
_____/

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANTS

The United States of America requests the court to unseal the Complaint, Arrest Warrants, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                              Respectfully submitted,

                                              Saima S. Mohsin
                                              Acting United States Attorney

                                              *s/Timothy Wyse*
                                              Timothy Wyse
                                              Assistant United States Attorney
                                              211 W. Fort Street, Suite 2001
                                              Detroit, MI 48226

timothy.wyse@usdoj.gov
(313) 226-9144

Dated: September 14, 2021

**IT IS SO ORDERED.**

<u>s/David R. Grand</u>
David R. Grand
United States Magistrate Judge

Entered:9/14/21